ACCEPTED
12-14-00131-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/29/2014 11:15:32 AM
CATHY LUSK
CLERK

CAUSE NO. 09-00138

| | | |
|---|---|---|
| IT'S THE BERRYS, LLC D/B/A | § | IN THE DISTRICT COURT |
| MARY ELLEN'S, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | VAN ZANDT COUNTY, TEXAS |
| | § | |
| EDOM CORNER, LLC AND | § | |
| EARL A. BERRY, JR., | § | |
| DEFENDANTS | § | 294TH JUDICIAL DISTRICT |

FILED FOR RECORD

14 DEC 29 AM 9:02

FILED IN
12th COURT OF APPEALS
DIST CLERK TYLER, TEXAS
12/29/2014 11:15:32 AM
BY_____ DEP
VAN ZANDT COUNTY, TEXAS
Clerk

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, Edom Corner, LLC and Earl A. Berry, Jr., the Defendants in the above-styled and numbered action, file this notice of appeal to the Twelfth District Court of Appeals (Tyler). Defendants desire to appeal from the judgment rendered against Defendants and for Plaintiff by the 294th District Court of Van Zandt County, Texas on October 14, 2014.

Dated this the 29th day of December, 2014.

Respectfully submitted,

RAY & THATCHER, ATTORNEYS AT LAW, P.C.

By: _____
RICHARD L. RAY
STATE BAR NO. 16606300
300 SOUTH TRADE DAYS BLVD.
CANTON, TEXAS 75013
(903) 567-2051
(903) 567-6998 (FAX)

ATTORNEY FOR DEFENDANTS

---

## CERTIFICATE OF SERVICE

I certify that on December 29, 2014, I deposited in the United States Mail a true copy of the preceding notice of appeal addressed to attorney of record for Plaintiff by certified mail, return receipt requested as follows:

R. Paul Elliott
Law Office R. Paul Elliott, P.C.
301 S. Main Street
Canton, Texas 75103
903-567-4141
903-567-6228 (fax)


and

Larry M. Lesh
Law Offices of Larry M. Lesh
1 Forest Park Dr.
Richardson, Texas 75080
214-237-8598
972-669-1456 (fax).


Dated the 29th day of December, 2014.

_____
RICHARD L. RAY